JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSHUA DANE BANVILLE,<br><br>Petitioner,<br><br>v.<br><br>BRYAN BIRKHOLTZ, Warden,<br><br>Respondent. | Case No. 2:22-cv-05647-FLA (PD)<br><br>**JUDGMENT** |

Pursuant to the Court's Order Accepting the Report and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is dismissed without prejudice.

Dated: August 16, 2023

FERNANDO L. AENLLE-ROCHA
United States District Judge